IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYTIMI VARGO,<br>                Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>                Defendant. | )<br>)<br>)<br>) Civil Action No. 10-1173<br>) Chief Judge Gary L. Lancaster/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>) |

## ORDER

AND NOW, this 3rd day of January, 2012, after the Plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until December 27, 2011, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff,'s Motion for Summary Judgment [9] is DENIED.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment [11] is GRANTED;

IT IS FURTHER ORDERED that the Commissioner's decision denying Vargo's application for benefits is affirmed.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                      _____
                                                GARY L. LANCASTER
                                                Chief United States District Judge

cc:    Honorable Maureen P. Kelly
       United States Magistrate Judge

       All Counsel of Record by electronic filing